IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | |
| v. | * | CR 119-036-2 |
| | * | |
| CARRIE MARIE MINTON | * | |

**O R D E R**

Defendant Carrie Marie Minton has filed a motion to reduce sentence under 18 U.S.C. § 3582(c)(2) based upon Amendment 821 to the United States Sentencing Guidelines. Specifically, Defendant points out that she is a "zero-point offender" and is therefore entitled to a retroactive decrease in her offense level. This decrease, however, is not available to offenders whose offense of conviction is a sex offense. See U.S.S.G. § 4C1.1(a)(5). In this case, Defendant was convicted of production of child pornography. Thus, while it is true that Defendant was not assessed any criminal history points under the Guidelines, she is not eligible for relief under U.S.S.G. § 4C1.1 as amended by Amendment 821. Her motion to reduce sentence (doc. 78) is **DENIED**.

**ORDER ENTERED** at Augusta, Georgia this 17th day of March, 2025.

_____
HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA